### 18278.   GRAVELY *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, which is approved by the trial judge, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.

Possessing liquor; from Floyd superior court—Judge Maddox. May 28, 1927.

*M. B. Eubanks,* for plaintiff in error.

*J. F. Kelly, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.